UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND at GREENBELT

IN RE: Karen Hamer           Case No.:25-17182
Debtor(s).                   Chapter: 13

*

[MOTION TO REVERSE ORDER REMOVING
AUTOMATIC STAY AND APPROVE PRO SE DEBTOR'S
MOTION TO EXTEND AUTOMATIC STAY]

The Debtor respectfully requests that this Honorable Court reverse its order granting RoundPoint Mortgage's motion to lift the Chapter 13 automatic stay.

The Debtor filed a Chapter 13 petition Pro Se on August 6, 2025, replacing prior cases that as the Debtor understands it were closed due to inadvertent missteps not limited to issues such as missing signatures or an improperly formatted creditor matrix. The Court was notified of the new filing on or about August 10, 2025.

In November 2025, the Court granted the creditor's motion to lift the automatic stay. However, the Debtor was unaware of this motion before the Court's ruling, leaving insufficient time to review, research, or respond.

The Debtor asserts that under Federal Rules of Bankruptcy Procedure 4001, they are entitled to reasonable notice and an opportunity to respond to motions affecting their rights. Creditors, represented by legal counsel, have faster access to the Court and may file responses electronically, which is not available to the Pro Se Debtor. ChatGPT said:

The Debtor also filed a Motion for the Court's consideration, explaining how multiple Chapter 13 filings were inadvertently made, which the Creditor's attorney used as justification for removing the automatic stay. The Court has not yet had the opportunity to consider this motion

The Debtor contends that insufficient notice was given to properly respond to the motion, nor to address the Creditor's attorneys justification for submitting the request and the resulting order to lift the stay was issued without the Debtor's input.



The Debtor will suffer significant harm if the automatic stay is not reinstated. The Debtor is seeking in good faith to restructure and discharge debts under the Bankruptcy Code, and further litigation would irreparably harm these efforts.

WHEREFORE, the Debtor respectfully requests that this Court:

> Reverse the order lifting the automatic stay.
> Reinstate the Chapter 13 automatic stay under 11 U.S.C. § 362(a).
> Provide additional time for the Pro Se Debtor to respond to the Creditor's motions.
> Grant any other relief the Court deems just and proper.

Dated:  Tuesday, November 25, 2025

Respectfully Submitted: _____

Karen Hamer
940 Thayer Avenue
Box 7103
Silver Spring, MD 20910

## CERTIFICATE OF SERVICE

I hereby certify that on  11-25-2025 ,  a true and correct copy of the foregoing **MOTION TO REVERSE ORDER REMOVING AUTOMATIC STAY AND APPROVE PRO SE DEBTOR'S MOTION TO EXTEND AUTOMATIC STAY** to be served by first-class mail.] on: (i) the Chapter 13 Trustee, (ii) all creditors listed on the Official Form Matrix, and (iii) the United States Trustee.

Gregory Mullen, MD
BWW Law Group, LLC
6003 Executive Blvd Suite 101
Rockville, MD 20852

Rebecca A. Herr
Trustee
165 Admiral Cochrane Drive
Suite 240
Annapolis, MD 21401

*/s/ Karen Hamer*
Karen Hamer