Entered: December 11th, 2025
Signed: December 10th, 2025

**DENIED**

The Debtor failed to appear at the confirmation hearing on November 12, 2025 and the confirmation hearing on November 25, 2025 despite clear instructions on the Court's website on how to appear. Also, the automatic stay under Section 362(a) with respect to any action taken with respect to a debt or property securing such debt terminated by operation of law with respect to the Debtor on the 30th day after the filing of this case under Section 362(c) of the Bankruptcy Code. There is no legitimate bankruptcy purpose to this case.



MARIA ELLENA CHAVEZ-RUARK
U.S. BANKRUPTCY JUDGE

---

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND at GREENBELT

IN RE:  Karen Hamer                         Case No.: 25-17182
        Debtor(s).                          Chapter: 13

*

[MOTION TO REQUEST A NEW CONFIRMATION HEARING]

This motion is to respectfully request a new confirmation hearing

The Debtor filed a Chapter 13 Bankruptcy Pro Se on August 6, 2025 replacing the previous case(s) that were closed out by the US Bankruptcy Court due to as the Debtor understands it including but not limited to a missing signature and/or improperly formatted creditor matrix and the court was notified of the new filing on / or about August 10, 2025

The Debtor did not receive notice by mail until the Saturday before the Debtor's Confirmation Hearing was to take place on November 25, 2025 at 10 am virtually

The Debtor's meeting notice did not include any of the meeting information and instead requested that the Debtor contact the Trustee (Rebecca A. Herr's) office's for this information.

The Debtor tried contacting the Trustee (Rebecca A. Herr's) office several times on Monday and after being unsuccessful in contacting a person, left a voicemail that included the Debtors name, contact information, case number, meeting type and date requesting a call back with the information.

The Debtor also called the US Bankruptcy Court - Baltimore / Greenbelt Clerks Office to request the needed information to join the meeting and was directed back to the Trustee's office. The Debtor also checked the court website as directed by the Court Clerk's office and could not find the information there

The Debtor having not received the call back on Monday followed up with the Trustee's (Rebecca A. Herr') office calling several times Tuesday, the morning of the scheduled meeting and after being transferred to other team members and leaving voicemails for them to acquire the information by receptionist in speaking back with her afterwards received the Zoom meeting ID and meeting passcode information for the November 25, 2025, 10 am Confirmation Hearing as scheduled.

3